## Commonwealth ex rel. DiBoni *v.* Baldi.

PER CURIAM, June 25, 1940:

For the reasons set forth by GORDON, P. J., in *Com. v. Ripka*, 37 D. & C. 315, the petition for writ of habeas corpus is dismissed.